IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 04-cr-00373-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRY SMITH,

        Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION**

---

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case. On November 4, 2013, the probation officer spoke with Assistant United States Attorney James R. Allison, who has no objection to the proposed relief. The Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the petition for violations of supervised release, dated the 9th day of January, 2013, is hereby dismissed.

DATED this 8th day of November, 2013.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge